**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7254**

———————

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

SHAQUAN LOVELY,

　　　　　　　　　　　　　　　　　　Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief District Judge.  (CR-98-247, CA-00-3577-3)

———————

Submitted:  November 8, 2001　　　Decided:  November 16, 2001

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Shaquan Lovely, Appellant Pro Se.  Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shaquan Lovely seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lovely, Nos. CR-98-247; CA-00-3577-3 (D.S.C. Apr. 26, 2001; July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2